1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Co-Counsel for Defendant BAO TRAN

6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                              –ooo–
11

12  UNITED STATES OF AMERICA,
                                        **CR**. **11-00097-CRB**
13         Plaintiff,

14  vs.
                                        **STIPULATION TO MODIFY**
15                                      **CONDITIONS OF RELEASE BOND**

16  CUONG MACH BINH TIEU, et al.,

17         Defendants.

18  _____/

19
20
21     Defendant BAO TRAN, by and through his counsel of record Randy Sue Pollock
22  and Michael Stepanian, and Assistant United States Attorney Robert Rees, hereby move
23  to modify the conditions of Mr. Tran's release as follows:
24  ///
25  ///
26  ///
27
28

1   Property owned by Jenny Tran at **986 Amico Drive, Sparks, Nevada** has been
2   deeded and recorded to the United States District Court in San Francisco on May 2, 2011.
3   Ms. Tran has previously signed as a surety in this case. AUSA Rees approved of the
4   posting of this property in lieu of property that was originally going to be posted.

6   Date: May 5, 2011                    /s/ Randy Sue Pollock
                                         RANDY SUE POLLOCK
7                                        Counsel for Defendant
                                         BAO TRAN

10  Date: May 5, 2011                    /s/ Robert Rees
                                         ROBERT REES
11                                       Assistant United States Attorney

13  SO ORDERED:

14  May _6_, 2011
                                         _____
15                                       JOSEPH C. SPERO
                                         United States Magistrate Judge