```
MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
BAO TRAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BAO TRAN<br><br>     Defendant._____/ | CR. **11-00097-CRB**<br><br>**STIPULATION TO PERMIT<br>OUT- OF- DISTRICT TRAVEL**<br><u>ORDER</u> |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, attorney for Bao Tran, and Assistant United States Attorney Aaron Wegner that Mr. Tran be permitted out-of-district travel with family members. They will be departing early on August 12th by car to Sunset Beach, Oregon. They will camp there. They plan to return home in the evening of August 15th. During this time Mr. Tran can be reached by cell phone at (775) 813-5189.

///

///

///

1  Mr Stepanian has spoken to United States Pre-trial Services Officers, Amarilas
2  Gonzalez and Jennifer Kaufman, and neither has an objection to this travel.

4  Date: August 7, 2012    /s/ Michael Stepanian
                           MICHAEL STEPANIAN
5                          Counsel for Defendant
                           BAO TRAN

7  Date: August 7, 2012    /s/ Aaron Wegner
                           AARON WEGNER
8                          Assistant United States Attorney

11 SO ORDERED:
12 August  9 , 2012
                           ~~ELIZABETH D. LAPORTE~~ LAUREL BEELER
13                         United States Magistrate Judge