MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
BAO TRAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR. No. 11-0097-CRB** |
| Plaintiff, | **DEFENDANT BAO TRAN'S SENTENCING MEMORANDUM** |
| v. | |
| BAO TRAN, et al., | |
| Defendants. | **Hearing Date: October 3, 2012** **Time: 2:00 a.m.** **Judge: Hon. Charles Breyer** |

## INTRODUCTION AND BACKGROUND

In the dead of night, Spring of 1975, Bao Tran saw his beloved Viet Nam for the last time through the blades of a helicopter. By the luck of the draw, Bao Tran's brother-in-law, who worked for the United States Embassy, helped hustle the family to an airstrip near Saigon. Before the family could get on the plane, the VC blew up the plane and the airstrip with mortars. Bao and his family were rescued by the United States Marines, who shot their way through a hail of bullets, to a nearby helicopter port for evacuation to the USS Okinawa en route to the Philippines.

The family was in a refugee camp in the Philippines, in Guam, then Wake, before being transported to Camp Pendleton, California. An aunt sponsored Boa Tran, and he and his family found themselves in Reno, Nevada. In thirteen days he was working at the El Dorado as a

busboy. Three years later the Casino taught him to be a bartender, then moved him into the kitchen.  Bao Tran became a United States Citizen in 1980.

In 1981 Bao Tran was chosen by the Casino, as one of its best and the brightest, to learn the intricacies, the culture, and the nuances of Pai Gow. By 1987, Asia gaming exploded. Clubs sprung up like mushrooms all over California.  Bao Tran found himself as one of the most honorable, refined, and respected Pai Gow dealers at Artichoke Joe's in San Bruno, California.

 Pai Gow is not Mahjong. MJ is a family game for socializing with three other friends. Mahjong is a wholesome sport. Pai Gow is action. It's hard and cold. Its strength is steeped in ancient superstition. It began with the Soongs. In the old days there were no limits.

The game is played with tiles that appear to be Dominoes. There are eight players including the bank. They sit at numbered, designated holes. A player can sit at a designated hole and bet for himself or anyone in the Casino who wishes to join him.  If he is hot people will bet with him but only the player can touch the tiles. The player chooses how to stack his tiles after the bets are made and the game is closed. How the tiles are ranked is based on tradition, experience, and luck. The player can consult with others who bet with him. There are many, many ways the tiles can be played. The House way is the Bankers play. (Exhibit A)  The pots can be huge.

In California the Bank moves during the plays.  Players can pass.  The Corporation, who backs the Banker, is where the real money is.  It has evolved into a vetted license.  The Corporation, which is handed down through families, pays a tribute to the card room for the right to operate. This guarantee pumps up the action, increasing the Juice to the Card Rooms of all bets made. The Corporation acts like a Vegas Casino and usually wins in the long run.  Pai Gow is not fun.  Pai Gow is business.

When all the bets are made the tiles are shuffled by the dealer, everyone gets four tiles. No one can touch the tiles but the dealer.  Dealers work for the Card Room.  A dealer generally works quickly and efficiently.  Bao Tran's hands moved like flickering birds.  His aim was to deal as many games per hour as the action could tolerate.  He had to be as alert as a hawk for any odd movements or cheating.

Bao Tran was loved, respected, and his table was always full.  Doctors, lawyers, waiters, thugs, and professional gamblers play the game. They speak in native tongues. They know each other.  It is a community of gamblers who enjoy the company, love the action, think quickly, and continue the culture.  A dealer must be graceful and calm.  Many people lose.  A dealer has to be able, with body language and quiet murmuring, to keep the mentality of the players at an even keel.  Many players and employees borrow money. That's just the way it is and will always be. Sometimes there can be pain when the Hole gets too deep, but that's gambling.  It's in the blood.

Bao Tran passed over and received some money. He looked the other way and found himself taken away from this society which has been his life since he was a youngster in Reno. He didn't just lose his job and his livelihood.  He lost a part of his soul.  He toils now in his brother's restaurant in a strip mall outside Reno.  This "dram of evil" in our Bao Tran has put him back to where he was when he was torn from his county and put here decades ago. Nonetheless, he is working again and living with his family, and hopes to begin a new life with them once this episode is behind him. This is what 18 U.S.C.  3553(a) is all about.

## THE FACTORS

In determining an appropriate sentence, District Courts must consider the Sentencing Guideline range advisory, rather than mandatory, and must also consider the other directives set forth in 18 U.S.C. § 3553(a). *United States v. Booker*, 543 U.S. 220 (2005). The "over-arching

provision" of 18 U.S.C. § 3553(a) is to impose a sentence "sufficient, but not greater than necessary" to meet the goals of sentencing established by Congress.  *Kimbrough v. United States*, 552 U.S. 85, 101 (2007). Sentencing courts should treat those before them as *individuals*, with each person being "a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." *Koon v. United States*, 518 U.S. 81, 113 (1996). To this end, is no limitation on the information concerning the background, character, and conduct of a person which the Court may receive and consider for the purpose of imposing an appropriate sentence. 18 U.S.C. 3661; USSG §1B1.4.

      **a.**      **The Guideline Range**

Bao Tran, the Government and Probation agree that the guideline calculations set forth in the Plea Agreement are correct:

| | |
|---|---|
| 10 | Base Offense Level (USSG §§2E1.1(a)(2); 2S1.3(a)(2); 2S1.3(b)(1)(A); 2S1.3(b)(2)(A)); |
| -2 | Acceptance of Responsibility (USSG § 3E1.1(a). |
| 8 | Adjusted Offense Level |

      **b.**      **Relevant Characteristics and Factors**

In order to impose a sentence that is sufficient but not greater than necessary, the court must consider not only the characteristics of the offense, but also the "history and characteristics of the defendant."  18 U.S.C. §3553(a)(1). The Defense submits that following characteristics should highly relevant to the Court's analysis:

      **1.**      **Mr. Tran has no prior criminal history.**

Before these events, Boa Tran had no criminal history.  He had resided in the United States for roughly three and one half decades without any kind of criminal conviction. A refugee

from Vietnam who spoke almost no English upon when he first arrived, Mr. Tran quickly became a productive, law-abiding member of society and a followed a legal path to citizenship that culminated in his becoming a U.S. citizen within five years of his arrival. "A defendant's record of past criminal conduct is *directly relevant*" to the purposes of sentencing under 18 U.S.C. § 3553(a)(2), as a "defendant with a record of prior criminal behavior is more culpable than a first offender and thus deserving of greater punishment." U.S.S.G. Ch. 4, Pt. A, intro. comment. If defendants with prior criminal histories are particularly deserving of extra punishment, the converse should apply with equal force: Bao Tran's lack of a criminal record should play a significant role in the Court's considerations.

He is also remorseful: He understands his wrongs have set a poor example for the young members of his family and is "very ashamed for what he was a part of." See Exhibit B, Letters of Family in Support, Letter of Lisa Tran. Still, the fact that Bao Tran has fully accepted responsibility for his crimes demonstrates that he is already on the path back to responsible citizenship.

### 2. Mr. Tran is a hard working, family man with strong ties to the community.

As set forth in the presentence report, Bao Tran is an extremely hard working, industrious man. He never shirked from jobs that appear menial. Nonetheless, he has always strived to balance his commitment to work with his commitment to family. For 25 years, he commuted between his home and children in Reno and his job in San Francisco. Presentence Report, P. 12 ¶ 65. Though he got off work late at night, he would drive all night long to make it home by sunrise. He would always arrive with a car full of groceries to cook a meal for his family. See Exhibit B, Letters of Family in Support, Letter of Alan Tran; Letter of Angela Tran.

Bao Tran has worked to support his family all his life – sometimes at the expense of his education or social advancement. For example, he dropped out of high school to work as a bus boy and at a supermarket. Final Presentence Report, P. 12 ¶ 60.  He now worries about his ability to support them in the future.  See Exhibit B, Letters of Family in Support, Letter of Minnie Duong. Still, Bao Tran has already found some work since leaving his life in the gaming industry, and hopes to find full-time employment in the Reno area once this incident is behind him. Id. He now lives with his family, who are all outstanding members of the community.

## **CONCLUSION**

Bao Tran does not gamble anymore.  He has learned his lesson.  This enabled him to clarify and restore his loving, supportive family. It is obvious to anyone that he will never be arrested again. Things are good now even though he had to turn his back and leave in shame from his exciting and interesting career.  We urge the Court to follow the Probation recommendation and the Plea Agreement, and hopefully the attached letters have corroborated their opinion of Bao Tran.

Dated: September 26, 2012                              Respectfully submitted,


                                   _____/s/_____
                                   MICHAEL STEPANIAN
                                   Attorney for Defendant Bao Tran

EXHIBIT A



EXHIBIT B

Alan Tran
7550 S Claridge Pointe Pkwy
Reno, NV 89506
September 13, 2012

The Honorable Charles R. Breyer
San Francisco Courthouse, Courtroom 6, 17th floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Honorable Judge Breyer,

My name is Alan Tran, I am the oldest son of Bao Tran. I am writing in regards to my father,
Bao Tran.

My father Bao Tran is truly a loving person to many important people in his life as they are to
him as well in return as a father, brother, uncle & friend. Those that have met him & had the
chance to spend time with him, knows that he is truly a great man & one in a million. He is not
only a loving person but has many great characteristics as you get to know him from the start as
he gets to open up. He cares & value's his family members a lot. From what I can remember
from my childhood up until now, he always has been working hard; providing food on the table
for me and my sisters Lisa & Angela Tran along with my mother Minnie Duong. Not only has he
provided food on our table each day from when we were born but he also has given us shelter as
well; a place to sleep in our own beds staying warm & comfort.

He has sacrificed his time as well in doing what he needs to do from not only working but also
driving a total of eight hours a week when he visits us on his day off from work; driving from
when he gets off late night in San Francisco & getting to Reno by sunrise in the morning. He'll
drive back weekly or every other week depending on weather & road conditions as well all year
around. When he comes back home to us to visit the family he not only brings himself but also
brings us groceries to cook for us. There is nothing better than eating home cooked meals from
my father; when he comes home I always look forward to eat well as I know that he'll always
come up with new flavors in his cooking interest. Along with that he would always invite his
brothers, sisters, nieces & nephews to come over to eat as well to share the joy & time together
with family.  When my sisters & mother moved back to Reno from San Francisco, my father has
always been providing food & shelter for our family. He always calls each day to check up on us
to assure that we are all doing well at home and going to school. He has always assured that we
grow up with knowledge around us & to always seek for something new each day & apply to be
better in life; enjoy it.

My father is very supportive of his family and believes that we can do anything in life that we
want & to achieve. He has been and always will a big part of me in life as I grow each day. He
has shown me the meaning of not only being the oldest but also being a real man in taking
responsibility for my actions and to grow each day to be better. To always learn each day &
grow from it. To not give up as it is easy to give up. To do what you dream of in life and live
freely & express yourself freely. To life a live worth remembering and to be a good person in life

so if I ever look back I know I can smile & no regrets; to understand life and its meaning to be living for.

Since the incident, my father has been home everyday to cook for our family & it's good to see him each day as I was worried about him too each day; hoping that he's doing fine, eating and sleeping well when he lived by himself in San Francisco. He has grown, adapted as well and realizes this is really home for him as his whole family is here in Reno from the start; we will always be there for him for the love & support as he has always given us. My father now is with his family & loved ones around him each day & we cannot ask for more as he is close by us to share his love, joy, laughter & moments. I can assure that he will be better & continue to grow each day as things take time; he is learning each & everyday to be better himself.

I respect my father for who he is and what he has done for our family from his hard work. I hope to better myself also each day & to become someone so I can take care of him & my family as they have done the same to me; giving me the love & support that I have always needed to survive each day & to live for. I would not be here today if it wasn't for my father & family. I am appreciative & proud to say he is my father & that I will love him for who he is & what he has done for our family. He understands his wrong and will grow from it to better himself and to stay away from negatives in life.  He is not only a kind person but true person to others; thoughtful & respectful.

Upon deciding his sentence, I am asking your Honor to consider who he is as a man & please be lenient.

If you have any questions or concerns your Honor or would like to know more. I'd be more than happy to make time to answer any questions you may have about my father Bao Tran.
My Contact is  775-772-9038 or AlanTran1207@gmail.com

Thank you your Honor for your time & patience. You have a great day your Honor.

Respectfully,

Alan Tran

Angela Tran
7550 S. Claridge Pointe Pkwy
Reno, NV 89506

September 4, 2012

Honorable Judge Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6 - 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Dear Honorable Charles Breyer,

My name is Angela Tran and I am Bao Tran's youngest child. I am currently a student at the University of Nevada, Reno and I'm working on my final years of my undergraduate career. I am writing to you to ask you for a more lenient sentencing.

My father is a funny and easy going man who loves his family very much. When our family moved to Reno in the year 2000, my father stayed in San Francisco to continue to work. During this time, he would visit every week on his days off; he would depart from San Francisco as soon as he got off work at night and he would return to his work the day of. It didn't matter if the weather conditions in the mountains were bad or not, he would always come home with a car full of food. During the short amount of time that he would visit, we would have a large dinner and invited family and friends to join us. My father has always been quite the jokester and brings laughter to any place he goes. He has taught me many things and showed me his many techniques in cooking. He mainly speaks in our native tongue to make sure that we do not forget.

My father has always been one who enjoys helping people, but after this incident, I believe that he realizes how his decisions have consequences. After my father's arrest we lost our home that contained so many memories. My father felt ashamed after everything that happened. When he first started to help with my uncle's restaurant he only focused on his work. He did not want anyone to see his face because of the dishonor he brought upon our family.

In the past few months, he visits, Jennifer Kauffmann, his pretrial officer, regularly; although there is a bit of a language barrier between them, he tries his best by making jokes with her. He is currently working at my uncle's restaurant where he is able to make great use of his cooking skills. He visits our relatives regularly for dinner or a chat; he also continues to bring the mood up when the elders are together. When he is at home, he explores the internet for recipes of food from our culture as well as trying others.

My father is and has always been a very hard working man to provide the best for his family. He feels remorseful for his actions and understands what he has done wrong. At this point he is just trying to live his life as a simple man with his family. Your Honor, I hope you will have understanding when deciding his sentence.

Thank you so much for your time and consideration Your Honor. If you have any questions please feel free to contact me via email at tranangela@gmail.com or by phone at (775)762-2062.

Respectfully,

Angela Tran

Minnie Duong
7550 S. Claridge Pointe Pkwy
Reno, NV 89506

September 14, 2012

Honorable Judge Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6 - 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Dear Honorable Charles Breyer,

My name is Minnie Duong and I am Bao Tran's ex-wife. I have known Bao for 32 years. I was
with Bao when he was arrested in Reno. I was very scared for him because I did not know what
was going on.

Bao is a very friendly person that likes helping people. He likes to drink tea, travel, and eat
different kinds of food. He loves to cook and he always made dinner for the family when he
comes home to visit the kids. When our family moved to Reno in 2000 he continued to work in
San Francisco so I can stay home and take care of the kids. He loves and takes very good care of
the family. He is very hardworking and tries his best. He likes to go on the Internet to find new
recipes to try. If it does not taste good he will try again to make it taste better.

Bao worries a lot about the future. He is scared that he will not be able to find a job to support
his family. He worked at Artichoke Joes for 25 years and this is the first time he has done
something bad. I hope Your Honor will be able to be lenient with his sentencing.

Thank you for your time. If you have any questions you can contact me by phone. My phone
number is (775)813-4126.


Respectfully,


Minnie Duong

Lisa Tran
3944 Alpha Street
San Diego, CA 92113

August 25, 2012

The Honorable Charles R. Breyer
San Francisco Courthouse, courtroom 6- 17th Floor
450 Golden Gate Avenue
San Francisco, Ca 94102

Dear Honorable Judge Breyer,

     I am the first daughter of Bao Tran.  Bao Tran is a loving father, an uncle, a brother, and a trusting friend to all who have had the pleasure to know him.  He has had such a positive influence on many people and truly the heart of our family.  My father works very hard to provide for our family to the point where he has to live and work away from his family. And even still my father will drive 8 hours every weekend from work to home to come back and be the caring father he has always been.

     I can understand how he must have fallen into this difficult situation due to the environment he must work in with his kind heart that others can only see as naive.  He loves to make people smile and laugh and the first to lend a helping hand to those in need to make their days brighter.  Knowing what kind of man my father is, he must have neglected to notice his mistake to the sake of helping others.  I truly believe he is a victim of his own kindness.  I am sure he feels dishonored and repents for what he has done and acknowledges and understands what he has done wrong.

     Through this tempest in his life, my father has been able to keep calm and carry on by assisting my uncle at his restaurant, learning new recipes, and by discovering new talents and skills from self tutoring with online videos.  He has noticed now, more than ever, that time is a gift not to be wasted; spending every waking moment more productive than the next.  My father has even managed to keep a smile on his face to try and keep the family from worrying.  He's also been sharing with me the new tips and tricks he has learned in his culinary expertise.  I am sure he is merely trying to teach me how to take care of myself, but I cannot help but feel how proud I am to hear how he is becoming an even better person.

     My father was a very proud man, but now feels very ashamed for what he was a part of. He understands his wrong doings and what kind of poor example he must have set for the young members of our family.  Since then he has set forth on a path to be the better person and show everyone how noble of a man he really is.  I beg for your compassion and mercy into the sentencing of a caring and great man my father is and how lost of a family we will be without him.

Respectfully,

Lisa Tran

Wendy B Kieu
420 Stradella Ct.
Reno, Nevada 89521
September 1, 2012

Honorable Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Honorable Judge Breyer:

My name is Wendy Kieu and I work at US Bank as a Branch Manager in Reno, Nevada.  I am the niece of Bao Tran, daughter to his eldest sister.

I am writing to ask for leniency in his sentencing.

Growing up, my Uncle taught my sisters, myself as well as my cousins three core values; family comes first, respect your elders and don't forget your language.

He always exemplified what he taught us, by speaking only in our native tongue in the presence of my Grandparents.  Although he lived in San Francisco he would frequently drive back to Reno to see his wife, kids, and parents.  He was always thoughtful and never came home empty handed.  His generosity, on top of his great sense of humor made his visits that much more special to us all.

Today, even though the times and circumstances have changed, my Uncle has not.  As my Grandparents are no longer with us, he respects my Mother like he did my Grandparents, visiting her frequently, and would never arrive empty-handed.  Family values are still an integral part of his life as he is actively looking for the optimal living environment for his wife and kids.  He is also working part-time at his brother's restaurant to make ends meet.  Above all, he still encourages the younger generation to not forget their language.

Bao Tran is a thoughtful and respectful man.  The actions my Uncle took is not a true judgment of his character, but rather just a poor judgment on his part.  Upon deciding his sentence, I am asking for your Honor to consider who he is as a person, and be lenient.

Please contact me at 775-354-9881, or wendy.boc@gmail.com if you have any questions.  Thank you for your time.


Sincerely,

Wendy B. Kieu

Kiemmy B. Thai
355 Sondrio Way
Reno, NV 89521

September 4, 2012

Honorable Judge Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6 - 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Honorable Judge Breyer,

My name is Kiemmy Thai. I work at Renown Health Foundation as a Development Specialist for the Children's Miracle Network Hospital, raising funds for children's services. I am writing in regards to my uncle, Bao Tran.

There are many words to describe Bao. He is hardworking, family-oriented, caring and thoughtful.  He brings laughter to the family, old and young. But if I have to describe him with just one word, I would say that he is dedicated.

Bao had lived in San Francisco for many years working to provide for his family so that his wife could stay home and his children could go to school.  Regardless of the weather, he commuted every other week to Reno to spend his days off with his family. He brought home an abundance of food and treats not just for his family, but to share with extended family members and friends.  Only a thoughtful, kind-hearted person would think to that extent of others every time he came home to visit.

Since this incident, Bao has moved back to Reno to be with his family, hopefully indefinitely. Throughout this year, he has shown a sense of ownership and has taken responsibilities for his past actions. He has been struggling to make ends meet to continue to provide for his family. He works part time at his brother, David's restaurant as a cook. During his spare time, he has been looking for other jobs. I know as he had once asked me about job openings at the hospital, regardless of what the position is.

I admire his character because he would never show his stress or struggles. He is still protecting his family by not burdening them with his problems. This incident has brought me even closer to him so I see what he is going through.  Your honor, I am asking for your leniency when you are determining the sentencing.

If you have any questions, please do not hesitate to contact me at 775-342-9698 or email me at kboc29@hotmail.com. Your time and consideration is greatly appreciated.


Respectfully,

Kiemmy Thai

Kiemly B. Tam
10015 Aniane Street
Reno, Nevada  89521
September 1, 2012

Honorable Judge Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6 - 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Honorable Judge Breyer,

I am writing in regards to my uncle, Bao Tran.

I am Kiemly, one of Bao Tran's nieces, currently in between employment while working as a CASA
Volunteer (Court Appointed Special Advocate) for Washoe County Family Court.

The purpose of this letter is to provide you with a sense of my observation on how my uncle is
doing while serving his sentence on house arrest in Reno Nevada.

Uncle Bao's return to Reno was a welcoming change to my mother--his eldest sister, as they have
always had a great relationship. Uncle Bao visits my parents regularly and they share great
conversations.  He gets along very well with all members of the family and have always had a knack
for making others laugh.

Uncle Bao continues to be a committed family man, a caring husband, father, brother and uncle.
Upon his return, his personal financial crisis resulted in the unfortunate loss of his house.  This
prompted him to work immediately on relocating his family to ensure they have uninterrupted
stability in a home.  At the same time, he wanted to remain a productive member of society, so he
offered his time to help on occasions at this brother's restaurant.  Finally, I understand that Uncle
Bao was committed to attentively serve his house-arrest sentence, so he checked in regularly with
his probation officer to ensure that he followed his orders and stayed on track as responsibly as
possible.

From the observations described above, I believe Uncle Bao has demonstrated remorse for his past
actions and is eager to retain a 'normal' life.  For these reasons, I ask for your consideration in using
leniency when deciding on his sentencing due to his willingness to change and the uncharacteristic
nature of his crime.

Please feel free to contact me if you should have questions on any of this.  I can be reached at
k_boc2@hotmail.com or (775) 750-3494.  Thank you for your time and consideration.

Sincerely,


Kiemly B. Tam

Sandy Vong
6167 Carson Hills Ave
Las Vegas, NV 89139
Aug 31, 2012

Honarable Judge Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6-17th Floor
450 Golden Gate Ave, San Francisco CA 94102

Dear Your Honor,

My name is Sandy Vong and I am a Realtor in Las Vegas, Bao Tran is my uncle.  My mother is Jenny Tran, she is the second sister to my Uncle Bao.  My father and mother are the ones who put our childhood home up for bail.  This whole incident has been a transition and a shock for all of us, and this is his very first offense.

I make routine trips to go visit my family in Reno at least once every two months. And by family, I do not mean just my immediate, but my mother's siblings and all of our cousins.  Every time I come home, I come home to a family gathering.  We are very tight knit family and Uncle Bao has always been the jokester and the head chef of the family.

I know Uncle Bao feels absolutely remorseful and at times I see him feel helpless with guilt for burdening the family.  I know he does not mean to put his family through this and take full responsibility.  He is overwhelmed with the support that he is getting from his siblings, and it movitvates him to commit to getting his life back on track.  He does not sit at home and wait for the court date.  He will go visit his siblings, goes out and helps my Uncle David's restaurant and checks in with his probation officer routinely.

He wants to provide for his wife and children again and he wants to do it right way, as a productive member of society.  He knows with all the support from his family, the one thing he needs most is your leniency in your consideration when sentencing him.

Please contact me anytime, I am available via email sandyvong@gmail.com and phone 775-250-2515. Thank you for your time in reading this letter.

Sincerely,


Sandy Vong

August 31, 2012


David Tran
9333 Double R Blvd
Suite 100
Reno, NV 89511

The Honorable Judge Charles Breyer
San Francisco Courthouse, Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, Ca 94102

To Honorable Charles Breyer:

My name is David Tran. Bao Tran is my brother.  Bao has been working part-time for me during this time.  I own a restaurant and Bao has shown to be responsible and on time the past 9 months that he has been with me.  My brother enjoys cooking and has really assisted everyone in the back kitchen.  He has been willing to help out when needed and has actually been an asset to my team.  He is a good employee.

I hope your Honor, you will consider leniency and that he remains in Reno for the rest of his sentencing.  He has made it a priority to be a good citizen.  He has been proactive in showing an effort to provide for his family.  I hope to see him build a strong foundation here with his family in Reno.

Please do not hesitate to call me if further information is needed. You can reach me at my restaurant at 775-851-2888 or my cell number at 775-232-2357.


Sincerely,


David Tran

August 31, 2012


Teri Hiratani
525 Cortono Drive
Reno, NV 89521

The Honorable Judge Charles Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6, 17th floor
450 Golden Gate Avenue


Dear Honorable Charles Breyer:

My name is Teri Hiratani. I first want to thank you for your time to read my letter. I want to provide a character reference for my Uncle, Bao Tran. It's been an emotional year for my family and I when we were told that Uncle Bao was arrested and was sent to jail. My heart ached for him and our family for we are so close. People that do not know him may think different but the people that do know him, knows that he is a caring man. I am not taking away his mistakes. What I do see is remorse and hope.

My Uncle has always been supportive and loving to me. He is a very kind man. I am 41 years old and I still feel like a little girl when I am with him. I felt the environment he worked in played a big part in his mistakes. Honorable Breyer, I hope you consider my Uncle to remain in Reno. The advantage of being in Reno is that he has his family and extended family for support along with a positive environment. He will no longer be affilliated with that group of people. We communicate and touch base all the time and he has a huge support system. I hope this will give him a better understanding as to why he should do good if given the opportunity.

I am available to talk your Honor if you have any further questions to ask me. My number is 775-771-6852.


Sincerely,

Teri Hiratani

Jenny B. Wu
7580 Michaela Drive
Reno, Nevada 89511
September 2, 2012

Honorable Charles R. Breyer
Senior District Judge
San Francisco Courthouse, Courtroom 6 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Honorable Judge Breyer:

Thank you for taking this time to read my letter.  My name is Jenny Wu and I am a Technical Writer at International Game Technology, a manufacturing company located in Reno, Nevada.  Today, I am writing on behalf of my uncle, Bao Tran.

My Uncle has been diligently serving his house arrest sentence in Reno for the past year.  To my knowledge, he has been checking in with his parole officer in a timely manner and maintained good citizenship in society.  To date, my Uncle continues his hardworking ethics by spending his time helping his brother at his restaurant as well as leading his family the best he could during this uncertain time.

The crime committed was indeed a tremendous lapse in judgment on my Uncle's part, however, it is not a true reflection of his character.  He has always been a man of philosophical reasonings, a family man, and indeed one with an infectious amount of laughter.   Though his permanent return to Reno was due to unfortunate circumstances, it was still a welcoming change.  His immediate family is together again after his 20 plus years of living and working in San Francisco to provide for them the best he could.  And as part of his extended family, we also welcome his lively presence in our daily lives and family gatherings again as he continues to share jokes, recipes, and constant Kodak moments.

Your Honor, from what I have described, I hope that you now have a glimpse of the man behind the case number.  My Uncle has started on a path to make his life right and I believe he will make all efforts to continue on this way.  I hope you may use leniency when deciding his sentence.

Please do not hesitate to contact me if you have further questions.  I can be reached at (775) 771-4519 or at jenboc@exite.com.  Thank you again for your time and consideration.

Sincerely,

Jenny B. Wu